UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**DENNIS NELSON,**
                **Plaintiff,**

    -v-                                                    **9:06-CV-1177**

**TED NESMITH,** *et al.*,

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

      This matter, brought pursuant to 42 U.S.C. § 1983, was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Northern District of New York Local Rule 72.3(c).

      No objections to the July 2, 2008 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and DISMISSES the petition.

      IT IS SO ORDERED.

Dated: August 13, 2008

Thomas J. McAvoy
Senior, U.S. District Judge