# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 13 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

---

DENNIS NELSON

vs.

TED NESMITH, etal

---

JUDGMENT IN A CIVIL CASE

CASE NO.   9:06CV1177 TJM-DEP

___ **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** ; defendants DSS Vanguilder, Richard Potter and Dept. Gillis were previously dismissed from this action by the Court's Order filed November 2, 2006;

IT IS FURTHER ORDERED; That the Court adopts the Report Recommendation of Magistrate Judge David E. Peebles and dismisses the petition to the remaining defendants;

AS IN ACCORDANCE with the Honorable Thomas J. McAvoy's Order of August 13, 2008.

Dated:  August 13, 2008

Lawrence K. Baerman
_____
Clerk of the Court

P. Aton
_____
By:   Deputy Clerk